UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


CASE NO.:


DIANE TEMPLETON,

Plaintiff,

Plaintiff,                                                    **SUMMONS**
vs.                                                           **IN A CIVIL ACTION**

OMEGA BUSINESS SOLUTIONS LLC,
OMEGA EMBEDDED SOLUTIONS, INC.,
OMEGA SOFTWARE SOLUTIONS INC.,
and OMEGA TECHNOLOGY SOLUTIONS, LLC,
Washington corporations,

Defendants.

_____/

To:     **OMEGA BUSINESS SOLUTIONS LLC, by serving its Registered Agent**
        **National Registered Agents Inc.**
        **1780 Barnes Blvd. SW, Bldg. G**
        **Tumwater, WA  98512-0410**


A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it- or 60 days if you are a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

Jason R. Alderman, Esq.
ALDERMAN KODSI
9999 NE 2nd Avenue, Suite 211
Miami Shores, FL  33138
Phone: 305-200-5473
Fax: 305-200-5474
Email: jalderman@aldermankodsi.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.


CLERK OF COURT

Date:_____              _____

                                           Deputy Clerk