### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

DIANE TEMPLETON,

Plaintiff,

    Plaintiff,

vs.

OMEGA BUSINESS SOLUTIONS LLC,
OMEGA EMBEDDED SOLUTIONS, INC.,
OMEGA SOFTWARE SOLUTIONS INC.,
and OMEGA TECHNOLOGY SOLUTIONS, LLC,
Washington corporations,

Defendants.

_____/

**SUMMONS**
**IN A CIVIL ACTION**

To: **OMEGA EMBEDDED SOLUTIONS, INC., by serving its Registered Agent**
  **National Registered Agents Inc.**
  **1780 Barnes Blvd. SW, Bldg. G**
  **Tumwater, WA  98512-0410**

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it- or 60 days if you are a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

    Jason R. Alderman, Esq.
    ALDERMAN KODSI
    9999 NE 2nd Avenue, Suite 211
    Miami Shores, FL  33138
    Phone: 305-200-5473
    Fax: 305-200-5474
    Email: jalderman@aldermankodsi.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

        CLERK OF COURT

Date: _____  _____
           Deputy Clerk