**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

DIANE TEMPLETON,

Plaintiff,

|  |  |
|---|---|
| Plaintiff, | **SUMMONS** |
| vs. | **IN A CIVIL ACTION** |

OMEGA BUSINESS SOLUTIONS LLC,
OMEGA EMBEDDED SOLUTIONS, INC.,
OMEGA SOFTWARE SOLUTIONS INC.,
and OMEGA TECHNOLOGY SOLUTIONS, LLC,
Washington corporations,

Defendants.

_____/

To:   **OMEGA SOFTWARE SOLUTIONS INC., by serving its Registered Agent**
      **Pavan Thotireddy**
      **17237 NE 133rd PL**
      **Redmond, WA  98052**

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it- or 60 days if you are a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

Jason R. Alderman, Esq.
ALDERMAN KODSI
9999 NE 2nd Avenue, Suite 211
Miami Shores, FL  33138
Phone: 305-200-5473
Fax: 305-200-5474
Email: jalderman@aldermankodsi.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

CLERK OF COURT

Date: _____          _____
                                             Deputy Clerk